UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X

ROSE GIORDANO-FORKAN,

                Plaintiff,

    -against-

CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF EDUCATION; DENNIS
WALCOTT, CHANCELLOR OF NEW YORK
CITY DEPARTMENT OF EDUCATION;
JENNIFER JONES-ROGERS, PRINCIPAL OF
P.S. 29, IN HER OFFICIAL AND INDIVIDUAL
CAPACITY; CHRISTINE MILTON, ASSISTANT
PRINCIPAL OF P.S. 29, IN HER OFFICIAL AND
INDIVIDUAL CAPACITY, SCOTT WOLFSON,
ASSISTANT PRINCIPAL OF P.S. 29 IN HIS
OFFICIAL AND INDIVIDUAL CAPACITY,

                Defendants.

------------------------------------- X

ORDER

13-CV-6950 (GBD)

GEORGE B. DANIELS, District Judge:

    For the reasons articulated at the June 18, 2014 oral argument, Defendants' motion to dismiss the complaint is GRANTED. Plaintiff may file a letter application with this Court within thirty (30) days of this Order, requesting leave to amend and attaching her proposed Amended Complaint, if amendment would not be futile.

    The clerk of the court is directed to close the motion at ECF No. 11.

Dated: June 19, 2014
       New York, New York

SO ORDERED. JUN 19 2014

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

1