

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | STEPHEN P. PISCHL<br>*Senior Counsel*<br>Room 2-142<br>Telephone: (212) 356-2429<br>Fax No.: (212) 356-2438<br>Email: spischl@law.nyc.gov |
|---|---|---|

July 20, 2015

**Via ECF**
Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  Giordano-Forkan, Rose vs. the City of New York, et al.
            Docket No. 13 Civ. 06950 (GBD)

Dear Judge Daniels:

      I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel for the City of New York, attorney for the defendants in the above-captioned action. I write on consent to request that the compliance conference, presently scheduled for Thursday, July 23rd, at 9:45 am, previously rescheduled at the Court's request from July 16th, be rescheduled to a later date.

      After being advised by the Court on June 29th of the Court's unavailability for the July 16th conference, I had earlier written to the Court on June 30th, *inter alia*, confirming the parties' availability to reschedule for the July 23rd date. Subsequently, I learned that I would be travelling out of town the third week of July and unavailable for the conference as rescheduled.

      I reached out to plaintiff's counsel to confirm an alternate date, and, on July 11th, counsel was able to confirm that both he and plaintiff would be available at 9:45 am on either Tuesday, August 18th, or Wednesday, August 19th. Defendants are also available on either of those dates at 9:45, should the Court also be available.

      I apologize for not reaching out to the Court earlier to advise of the need to reschedule, and thank the Court for its consideration of this request.

                                              Respectfully submitted,
                                              /s/
                                              Stephen P. Pischl
                                              Senior Counsel

<u>Giordano-Forkan, Rose vs. the City of New York, et al.</u>
Docket No. 13 Civ. 06950 (GBD)

cc: Bryan D. Glass, Esq. (by email at bg@glasskrakower.com)
Glass Krakower LLP
*Attorney for Plaintiff*